Notice of Appeal to A court of Appeal from A Judgment or order of A District court

Rick Robinson
    Plaintiff,    case 18-CV-0322

v

Lindsey Walker
    Defendant

Notice of appeal

Notice is hereby given that here name all parties taking the appeal hereby appeal for the 7th circuit from the final Judgment from an order describing it entered in this action on the 9 day of 2018

This is an Appeal of a Title 42 1983 Prisoner civil Rights case 18CV0322 The Western District Jame D Peterson Judgement denying motion for default Plaintiff Rick Robinson files of notice of appeal on motion of default

Rick Robinson

v

linDsey walke

Docketing statement comes now Plaintiff Rick Robinson Pro se and here by files the Docketing statement Pursuant to circuit Rules
plaintiff Rick Robinson 370455 columbia correctional institution Po Box 900 Portage, wis 53901
Defendant linDsey walker is employees at columbia correctional institution Po Box 900
Represented by THeresA M ANZIVINO Assistant Attorney General wisconsin Department of justice po Box 7857 Madison wis
53707
default motion