IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICK TYRONE ROBINSON,

    Plaintiff,

  v.

Case No. 18-cv-322-jdp

LINDSEY WALKER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 03/05/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |